# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| WILLIE FREEMAN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO: |
| PROFESSIONAL TRANSPORTATION, INC. A Foreign for Profit Corporation, | ) 3:15-cv-56-TCB |
| Defendant. | ) |

## CONSENT ORDER APPROVING SETTLEMENT AND DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Motion to Approve Settlement and Dismissal with Prejudice. For good cause shown, it is hereby ORDERED that the settlement of this matter is approved and the above matter is dismissed with prejudice.

SO ORDERED this 16th day of December 2015.

_____
Timothy C. Batten, Sr.
United States District Judge